# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO CANELA,<br><br>                              Petitioner,<br><br>v.<br><br>KATHLEEN ALLISON, Secretary,<br><br>                              Respondent. | Case No.: 19cv1434-H (MSB)<br><br>**ORDER SUA SPONTE SUBSTITUTING RESPONDENT** |

On July 17, 2019, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1.) At the time of filing, Petitioner was apparently housed at Calipatria State Prison and thus named W.L. Montgomery, Warden, as Respondent. Based on the notice of change of address Petitioner submitted to the Court on February 8, 2021, it appears Petitioner is no longer housed at Centinela State Prison; rather, it appears he is presently incarcerated at the Substance Abuse Treatment Facility in Corcoran, California.

A writ of habeas corpus acts upon the custodian of the state prisoner. *See* 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. Because Petitioner's place of custody has changed, so has his custodian. Accordingly, in order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution of Kathleen Allison, Secretary of the California Department of

Corrections and Rehabilitation, as Respondent in place of "W.L. Montgomery." *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge of state penal institutions). The Clerk of the Court shall modify the docket to reflect "Kathleen Allison, Secretary" as respondent in place of "W.L. Montgomery."

Dated: February 9, 2021

Honorable Michael S. Berg
United States Magistrate Judge